# Abdul Hassan Law Group, PLLC
## 215-28 Hillside Avenue
## Queens Village, New York, 11427

~~~~

**Abdul K. Hassan, Esq.**  Tel: 718-740-1000
Email: abdul@abdulhassan.com  Fax: 718-740-2000
*Employment and Labor Lawyer*  Web: www.abdulhassan.com

March 13, 2025

**Via ECF**

Hon. Jennifer L. Rochon, USDJ
United States District Court, SDNY
40 Foley Square
New York, NY 10007

> Request GRANTED. Plaintiff shall file its opposition to Defendant's motion to dismiss no later than **April 14, 2025.**
>
> Dated: March 14, 2025
> New York, New York
>
> **SO ORDERED.**
>
> *Jennifer Rochon*
> **JENNIFER L. ROCHON**
> **United States District Judge**

<u>Re: Del Orbe v. 609 West Owners Corp.</u>
Case No. 24-CV-06368 (JLR)(GS)
Motion for Extension of Time

Dear Judge Rochon:

    My firm represents plaintiff in the above-referenced action, and I respectfully write with the consent of Defendant to request an extension of the March 14, 2025 deadline for Plaintiff to file his opposition to Defendant's motion at ECF Nos. 20-22 to April 14, 2025. This request is being made because some additional time is needed to finalize the papers, for the parties to see if resolution of the case is possible and in light of workload demands, etc. No prior request for an extension of this deadline was made.

    I thank the Court in advance for its time and consideration.

Respectfully submitted,

Abdul Hassan Law Group, PLLC

 /s/ Abdul Hassan
By: Abdul K. Hassan, Esq. (AH6510) - *Counsel for Plaintiff*

**Cc: Defense counsels via ECF**