# Abdul Hassan Law Group, PLLC
## 215-28 Hillside Avenue
## Queens Village, New York, 11427

~~~~

**Abdul K. Hassan, Esq.**  Tel: 718-740-1000
Email: abdul@abdulhassan.com  Fax: 718-740-2000
*Employment and Labor Lawyer*  Web: www.abdulhassan.com

April 9, 2025

**Via ECF**

Hon. Jennifer L. Rochon, USDJ
United States District Court, SDNY
500 Pearl Street
New York, NY 10007

**Re: Del Orbe v. 609 West Owners Corp.**
    Case No.  24-CV-06368 (JLR)(GS)
    **Notice of Settlement and Request for Adjournment**

Dear Judge Rochon:

    My firm represents plaintiff in the above-referenced action, and I respectfully write to notify the Court that the parties have reached a settlement of this action and intend to file any necessary papers with the Court shortly as per the Second Circuit's decisions in *Cheeks v. Freeport Pancake House, Inc.,* 796 F.3d 199 (2d Cir. 2015) and *Samake v. Thunder Lube, Inc.,* 24 F.4th 804 (2d Cir. 2022). In light of the settlement, we kindly request an adjournment sine die of all upcoming appearances and deadlines, including the motion deadlines.

    I thank the Court in advance for its time and consideration.

Respectfully submitted,

Abdul Hassan Law Group, PLLC

  /s/ Abdul Hassan

By: Abdul K. Hassan, Esq.

**cc:**   **Defense Counsel via ECF**

Request GRANTED.  In light of Plaintiff's representation that the parties have reached a settlement, it is hereby ORDERED that all deadlines and conferences are adjourned *sine die*, and any pending motions are moot.  The parties shall file their proposed settlement agreement for *Cheeks* review **no later than April 17, 2025.**  The Clerk of Court is respectfully directed to terminate the pending motion at Dkt. 20.

Dated: April 10, 2025
       New York, New York

**SO ORDERED.**

*Jennifer Rochon*
**JENNIFER L. ROCHON**
**United States District Judge**

1