# Abdul Hassan Law Group, PLLC
## 215-28 Hillside Avenue
## Queens Village, New York, 11427

~~~~

**Abdul K. Hassan, Esq.**                       Tel: 718-740-1000
Email: abdul@abdulhassan.com            Fax: 718-740-2000
*Employment and Labor Lawyer*            Web: www.abdulhassan.com

April 17, 2025

Via ECF

Hon. Jennifer L. Rochon, USDJ
United States District Court, SDNY
500 Pearl Street
New York, NY 10007

> Request GRANTED. The parties shall submit their settlement papers no later than **May 17, 2025**.
>
> Dated: April 18, 2025
>         New York, New York
>
> **SO ORDERED.**
>
> *Jennifer Rochon*
> **JENNIFER L. ROCHON**
> **United States District Judge**

Re: **Del Orbe v. 609 West Owners Corp.**
Case No. 24-CV-06368 (JLR)(GS)
Motion for Extension of Time

Dear Judge Rochon:

     My firm represents plaintiffs in the above-referenced action, and I respectfully write to request a 30-day extension of the April 17, 2025 deadline for the parties to submit their settlement papers. This request is being made because some additional time is needed for the parties to finalize the settlement papers. No prior request for an extension of this deadline was made.

     I thank the Court in advance for its time and consideration.

Respectfully submitted,

Abdul Hassan Law Group, PLLC

 /s/ Abdul Hassan_____

By: Abdul K. Hassan, Esq.

**cc:**     Defense Counsel via ECF

1