# Abdul Hassan Law Group, PLLC
## 215-28 Hillside Avenue
## Queens Village, New York, 11427

~~~~

**Abdul K. Hassan, Esq.**            Tel: 718-740-1000
Email: abdul@abdulhassan.com        Fax: 718-740-2000
*Employment and Labor Lawyer*        Web: www.abdulhassan.com

May 25, 2025

**Via ECF**

Hon. Jennifer L. Rochon, USDJ
United States District Court, SDNY
500 Pearl Street
New York, NY 10007

> Request GRANTED. The parties' joint letter shall be due no later than May 30, 2025
>
> Dated: May 27, 2025
> New York, New York
>
> SO ORDERED.
>
> /s/ Jennifer Rochon
> **JENNIFER L. ROCHON**
> **United States District Judge**

**Re: <u>Del Orbe v. 609 West Owners Corp.</u>**
      **Case No. 24-CV-06368 (JLR)(GS)**
      **Response to Court's Order and Request for Extension of Time**

Dear Judge Rochon:

    My firm represents plaintiffs in the above-referenced action, and I respectfully write to provide the Court with a status report as per Your Honor's May 16, 2025 Order which directed the parties to "file a joint letter informing the Court of the status of the parties' settlement discussions and proposed next steps."

    I reached out to defense counsel Arthur Robb on May 16, 2025 without any response and followed up on May 21, 2025. On May 22, 2025, Mr. Robb responded that "I will follow with you later today. Please stand by," but to date, I have not heard back from him. As such, the parties unable to file a "joint letter."

    It is therefore respectfully requested that this Honorable Court grant the parties a one-week extension to confer and update the Court. No prior request for an extension of this deadline was made.

    I thank the Court in advance for its time and consideration.

Respectfully submitted,

Abdul Hassan Law Group, PLLC

_/s/ Abdul Hassan_____

1

2

By: Abdul K. Hassan, Esq.

**cc:** **Defense Counsel via ECF**