UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
FRANK DEL ORBE,

                         Plaintiff,                    **24 Civ. No. 6368 (JLR)**

       -against-                             **PRE-SETTLEMENT
CONFERENCE ORDER**

609 WEST OWNERS CORP,

                         Defendant.
------------------------------------------------------------------X

**GARY STEIN, United States Magistrate Judge:**

       This action is scheduled for a Pre-Settlement Conference Call on **Wednesday, June 18, 2025 at 11:00 a.m.**, to discuss the scheduling of and preparation for a Settlement Conference. The parties are directed to consult the undersigned's Settlement Conference Procedures, available at https://nysd.uscourts.gov/hon-gary-stein.  Counsel are directed to join the conference via Microsoft Teams at the scheduled time.  **Please dial (646) 453-4442, Access Code: 937 942 069#.**  Prior to the call, counsel are directed to confer with each other and their clients so that, during the call, they can propose three mutually convenient dates for a Settlement Conference after August 8, 2025.

       SO ORDERED.

DATED:     New York, New York
               June 3, 2025

                                                   _____
                                                   The Honorable Gary Stein
                                                   United States Magistrate Judge