# Abdul Hassan Law Group, PLLC
## 215-28 Hillside Avenue
## Queens Village, New York, 11427

~~~~

**Abdul K. Hassan, Esq.**                                                                                          Tel: 718-740-1000
Email: abdul@abdulhassan.com                                                                        Fax: 718-740-2000
*Employment and Labor Lawyer*                                                              Web: www.abdulhassan.com

**October 1, 2025**

**Via ECF**

Hon. Jennifer L. Rochon, USDJ
United States District Court, SDNY
40 Foley Square
New York, NY 10007

> Request GRANTED. The parties shall submit a joint letter regarding the status of the parties' settlement discussions no later than October 15, 2025.
>
> Dated: October 2, 2025
> New York, New York
>
> SO ORDERED.
>
> /s/ Jennifer Rochon
> **JENNIFER L. ROCHON**
> **United States District Judge**

<u>**Re: Del Orbe v. 609 West Owners Corp.**</u>
**Case No. 24-CV-06368 (JLR)(GS)**
**Motion for Extension of Time**

Dear Judge Rochon:

    My firm represents plaintiff in the above-referenced action, and I respectfully write to request a two-week extension of the October 1, 2025 deadline for the parties to provide the Court with a status report. This request is being made because the parties have exchanged certain draft documents and the additional time is needed to confer as to certain issues concerning final resolution.

    I thank the Court in advance for its time and consideration.

Respectfully submitted,

Abdul Hassan Law Group, PLLC

 /s/ Abdul Hassan
By: Abdul K. Hassan, Esq. (AH6510) - *Counsel for Plaintiff*

**Cc: Defense counsels via ECF**

1