# Abdul Hassan Law Group, PLLC
## 215-28 Hillside Avenue
## Queens Village, New York, 11427

~~~~

**Abdul K. Hassan, Esq.**                 Tel: 718-740-1000
Email: abdul@abdulhassan.com         Fax: 718-740-2000
*Employment and Labor Lawyer*         Web: www.abdulhassan.com

October 15, 2025

**Via ECF**

Hon. Jennifer L. Rochon, USDJ
United States District Court, SDNY
40 Foley Square
New York, NY 10007

> Request GRANTED. The parties shall submit a joint letter regarding the status of the parties' settlement discussions no later than **October 29, 2025.**
>
> Dated: October 16, 2025
>        New York, New York
>
> SO ORDERED.
>
> *Jennifer Rochon*
> **JENNIFER L. ROCHON**
> **United States District Judge**

<u>**Re: Del Orbe v. 609 West Owners Corp.**</u>
**Case No. 24-CV-06368 (JLR)(GS)**
**Motion for Extension of Time**

Dear Judge Rochon:

       My firm represents plaintiff in the above-referenced action, and I respectfully write to request a two-week extension of the October 15, 2025 deadline for the parties to provide the Court with a status report. This request is being made because the parties have exchanged certain draft documents and the additional time is needed to confer as to certain issues concerning final resolution. One prior request for an extension of this deadline was made and granted.

       I thank the Court in advance for its time and consideration.

Respectfully submitted,

Abdul Hassan Law Group, PLLC

 /s/ Abdul Hassan
By: Abdul K. Hassan, Esq. (AH6510) - *Counsel for Plaintiff*

**Cc: Defense counsels via ECF**

1