# Abdul Hassan Law Group, PLLC
## 215-28 Hillside Avenue
## Queens Village, New York, 11427

~~~~~

**Abdul K. Hassan, Esq.**                                                               Tel: 718-740-1000
Email: abdul@abdulhassan.com                          Fax: 718-740-2000
*Employment and Labor Lawyer*                     Web: www.abdulhassan.com

**October 29, 2025**

**Via ECF**

Hon. Jennifer L. Rochon, USDJ
United States District Court, SDNY
40 Foley Square
New York, NY 10007

> Request GRANTED. The parties shall submit their status report no later than **November 12, 2025.**
>
> Dated: October 30, 2025
>         New York, New York
>
> **SO ORDERED.**
>
> _/s/ Jennifer Rochon_____
> **JENNIFER L. ROCHON**
> **United States District Judge**

**Re: Del Orbe v. 609 West Owners Corp.**
Case No. 24-CV-06368 (JLR)(GS)
Motion for Extension of Time

Dear Judge Rochon:

       My firm represents plaintiff in the above-referenced action, and I respectfully write to request a two-week extension of the October 29, 2025 deadline for the parties to provide the Court with a status report. This request is being made because the parties have exchanged draft settlement papers and need some additional time to finalize the papers for submission to the Court. Two prior requests for an extension of this deadline were made and granted.

       I thank the Court in advance for its time and consideration.

Respectfully submitted,

Abdul Hassan Law Group, PLLC

 /s/ Abdul Hassan_____
By: Abdul K. Hassan, Esq. (AH6510) - *Counsel for Plaintiff*

**Cc: Defense counsels via ECF**