# CLIFTON BUDD & DEMARIA, LLP

## ATTORNEYS AT LAW

THE EMPIRE STATE BUILDING
350 FIFTH AVENUE, 61ST FLOOR
NEW YORK, NY 10118

TEL (212) 687-7410
FAX (212) 687-3285
www.cbdm.com

December 10, 2025

**VIA ECF**

Hon. Jennifer L. Rochon
U.S. Courthouse
500 Pearl Street
New York, NY 10007

Request GRANTED.  The parties' time to file a *Cheeks* motion for judicial settlement approval is extended to **December 18, 2025 by 5:00 p.m.**  The hearing on December 22, 2025 shall remain the same.

Dated: December 11, 2025
        New York, New York

SO ORDERED.

*Jennifer Rochon*
JENNIFER L. ROCHON
United States District Judge

Re:    ***Del Orbe v. 609 West Owners Corp.***
        **1:24-cv-06368-JLR**

Dear Judge Rochon:

This law firm represents the Defendant.  I write with Plaintiff's counsel's consent to request a one-week extension of the parties' time to file a *Cheeks* motion for judicial settlement approval. Papers are presently due 12/11/25 with a hearing date of 12/22/25.  The new date for papers would be 12/18/2025.  The parties are working amicably on the papers.  The parties would like to keep the 12/22/25 hearing date, if acceptable to the Court—and if not, we respectfully ask for a corresponding extension of the hearing date.  Tomorrow, however, I will be engaged in a complex mediation before the New York State Department of Labor and will be unable to finalize the motion papers.  For this reason, I respectfully ask for a one-week extension of the date to file papers.  This is Defendant's first such request.

Thank you.

Respectfully submitted,

Arthur J. Robb